**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CAASY PORCH** | **CIVIL ACTION NO. 25-CV-1755** |
| **Plaintiff,** | |
| **VERSUS** | **JUDGE CARL J. BARBIER** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | **MAGISTRATE JUDGE MICHAEL NORTH** |
| **Defendant.** | **SECTION: J (5)** |
| | **JURY TRIAL DEMANDED** |

## RULE 37 CERTIFICATE

Defendant, The Administrators of the Tulane Educational Fund ("Tulane") certifies that, pursuant to Federal Rule of Civil Procedure 37(a)(1), it has in good faith attempted to confer with Plaintiff's counsel regarding the subject matter of the accompanying Motion to Compel in an effort to amicably resolve the issues. Unfortunately, the issue remains unresolved. The specific steps taken to resolve the matter without requiring Court intervention are outlined more fully in the accompanying memorandum.

Respectfully Submitted:

*/s/ Leslie W. Ehret*
Leslie W. Ehret (La. Bar No 18494)
lehret@frilot.com
Christopher J. Sherlock (La. Bar No 41936)
csherlock@frilot.com
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone.: (504) 599-8203
Facsimile: (504) 599-8263
***Counsel for The Administrators of the Tulane Educational Fund***

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 28th day of April, 2026, I electronically filed the foregoing pleading with the Clerk of Court using CM/ECF, which will send notification of such filing to all enrolled counsel of record.

*/s/ Leslie W. Ehret*
Leslie W. Ehret (La. Bar No 18494)