**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CAASY PORCH**                                                            **CIVIL ACTION**

**VERSUS**                                                                 **NUMBER: 25-1755**

**ADMINISTRATORS OF THE TULANE**                          **SECTION: "J" (5)**
**EDUCATIONAL FUND**

**ORDER**

Before the Court is Tulane's Motion to Compel Discovery.  (Rec. doc. 16).  The parties have informed the Court that the motion is now moot.  Accordingly,

**IT IS ORDERED** that Tulane's Motion to Compel Discovery (rec. doc. 16) is **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that the oral hearing set on May 14, 2026 is **CANCELLED**.

New Orleans, Louisiana, this 13th day of May, 2026.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE